Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
SYLVIA CONVILLE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| SYLVIA CONVILLE, | ) Case No.: |
| Plaintiff, | ) **COMPLAINT AND DEMAND FOR** |
| | ) **JURY TRIAL** |
| v. | ) |
| ARS NATIONAL SERVICES, INC., d/b/a | ) |
| Associated Recovery Systems | ) |
| Defendant. | ) |

**PLAINTIFF'S COMPLAINT**

SYLVIA CONVILLE (Plaintiff), through her attorneys, KROHN & MOSS, LTD., alleges the following against ARS NATIONAL SERVICES, INC. d/b/a Associated Recovery Systems (Defendant):

**INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA).

- 1 -

PLAINTIFF'S COMPLAINT

## JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant conducts business and is located in the state of California, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

6. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

7. Plaintiff is a natural person residing in Sanger, Fresno County, California.

8. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

9. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

10. Defendant is a corporation with its headquarters located in Escondido, California.

11. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

12. Defendant contacted Plaintiff in an attempt to collect an alleged debt.

13. On or about November 22, 2009, Plaintiff spoke with Defendant's collector, an individual identifying himself as Ryan Ferguson.

14. Plaintiff authorized payments of $100.00 to be withdrawn from her account at the end of December and January, with the remaining balance to be withdrawn at the end of February.

15. On December 2, 2009, Plaintiff received a postcard from Defendant stating it would make a withdrawal of $220.00 from Plaintiff's account on November 30, 2009 (see Exhibit A).

16. Plaintiff contacted Defendant and implied Plaintiff was a liar when she stated that she did not authorize a $220.00 payment at the end of November.

17. Defendant stated that Plaintiff was wasting Defendant's time and that Defendant would find "other means" to collect the alleged debt.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

18. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692d* of the FDCPA by engaging in conduct that the natural consequences of which was to harass, oppress, and abuse Plaintiff in connection with the collection of an alleged debt.

    b. Defendant violated *§1692d(2)* of the FDCPA by using language the natural consequence of which is to abuse Plaintiff.

    c. Defendant violated *§1692e* of the FDCPA by using false, deceptive and/or misleading representations and/or means in connection with the collection of a debt.

    d. Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt because Defendant calls Plaintiff at her place of employment after being repeatedly requested not to do so.

    e. Defendant violated *§1692f* of the FDCPA by using unfair and unconscionable means to collect a debt.

    f. Defendant violated *§1692f(1)* of the FDCPA by collecting an amount not expressly authorized by agreement.

WHEREFORE, Plaintiff, SYLVIA CONVILLE, respectfully requests judgment be entered against Defendant, ARS NATIONAL SERVICES, INC. d/b/a Associated Recovery Systems, for the following:

19. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

20. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

21. Actual damages,

22. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

23. Any other relief that this Honorable Court deems appropriate.

**COUNT II**
**DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT**

24. Plaintiff repeats and re-alleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

25. Defendant violated the RFDCPA based on the following:

    a. Defendant violated the *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. § 1692 et seq*.

WHEREFORE, Plaintiff, SYLVIA CONVILLE, respectfully requests judgment be entered against Defendant, ARS NATIONAL SERVICES, INC. d/b/a Associated Recovery Systems, for the following:

26. Declaratory judgment that Defendant's conduct violated the Rosenthal Fair Debt Collection Practices Act,

PLAINTIFF'S COMPLAINT

27. Statutory damages of $1000.00 pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b)*,

28. Actual damages,

29. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ Code § 1788.30(c)*, and

30. Any other relief that this Honorable Court deems appropriate.

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, SYLVIA CONVILLE, demands a jury trial in this cause of action.

                                  RESPECTFULLY SUBMITTED,

DATED: December 17, 2009       KROHN & MOSS, LTD.

                         By: /s/ Nicholas J. Bontrager

                           Nichoals J. Bontrager
                           Attorney for Plaintiff

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CALIFORNIA

Plaintiff, SYLVIA CONVILLE, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, SYLVIA CONVILLE, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: Dec 8, 2009          _____
                                      SYLVIA CONVILLE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**EXHIBIT A**

PLAINTIFF'S COMPLAINT

Department #15996
P.O. Box 1259
Oaks, PA 19456

**ASSOCIATED RECOVERY SYSTEMS**
A DIVISION OF ARS NATIONAL SERVICES, INC.
P.O. BOX 463023
ESCONDIDO, CA 92046-3023
(866) 274-3582  FAX: (866) 422-0765
www.PayARS.com

*[handwritten: Dell financial / Ryan Ferguson / 1-866-274-3582 / direct 2527 / conf # 101841]*

November 7, 2009

24277 - 10538

SYLVIA CONVILLE
328 DALTON AVE
SANGER CA 93657-4217

*[handwritten: 9 12-2]*

**ACCOUNT IDENTIFICATION**
Re: Dell Financial Services L.L.C./CIT Bank
Account: 6879450119046403816
ARS Acct No: 18566845
Balance: $2191.00

Dear Sir/Madam:

Please be advised that the above-referenced account has been placed with Associated Recovery Systems for collection. You can call us at (866) 274-3582 to resolve your account or by using our secure website. To use our website just follow the simple steps below:

> 1. Go to our secure website, www.PayARS.com, where you can view your account information after verifying your identity;
>
> 2. Update any changes to your account information;
>
> 3. Follow the easy steps to make a payment.
>
> (If you would like to speak with an Account Representative, please call (866) 274-3582)

Upon receipt of cleared funds, Associated Recovery Systems and our client will consider this account settled. Our client may be required to file form 1099C with the IRS for any debt forgiveness of $600.00 or more. Please consult your tax advisor if you have questions.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Sincerely,

DEVON ROSENBERGER x2565
Account Representative

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Department # 5006
PO Box 1259
Oaks, PA 19456

FIRST CLASS MAIL
PRESORTED
US POSTAGE
PAID,
PSC

Rec'vd
12-2-09

23056-754

SYLVIA CONVILLE
328 DALTON AVE
SANGER CA 93657-4217

IP1  93657

---

 AN IMPORTANT, TIME-SENSITIVE MESSAGE APPEARS UNDER THE LABEL BELOW.
PLEASE REMOVE.

ASSOCIATED RECOVERY SYSTEMS
A DIVISION OF ARS NATIONAL SERVICES, INC.
P.O. Box 469046
Escondido, CA 92046-9046
www.PayARS.com

RE: Dell Financial Services L.L.C./WebBank
Account: ****************3816
ARS Acct No: 18566845
Balance: $ 2191.00

We previously received from you a post-dated check or verbal authorization to debit your bank account in the amount of $220.00.

This is a reminder that your pre-authorized transaction will be processed on 11-30-09. Please be sure to have sufficient funds in your bank account as no further contact will be made to remind you of our arrangement.

**You may be eligible to settle your account at a substantial discount.** Contact your Account Representative today at (866) 274-3582. Office hours are Monday through Friday, 6:30 a.m. - 8:00 p.m (Mountain Time).

Sincerely,
Ryan Ferguson x2527
Account Representative

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

23056-PDC