1  Nicholas J. Bontrager, Esq. (SBN 252114)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA  90025
3  T: (323) 988-2400; F: (866) 802-0021
   nbontrager@consumerlawcenter.com
4  Attorneys for Plaintiff,
   SYLVIA CONVILLE
5

6
                    **UNITED STATES DISTRICT COURT**
7                    **EASTERN DISTRICT OF CALIFORNIA**
                            **FRESNO DIVISION**
8

9  SYLVIA CONVILLE,              )   **Case No.: 1:09-at-00988**
                                  )
10         Plaintiff,             )
                                  )
11     vs.                        )   **NOTICE OF SETTLEMENT**
                                  )
12  ARS NATIONAL SERVICES, INC.   )
           Defendant.             )
13                                )
                                  )

14

15      NOW COMES the Plaintiff, SLYVIA CONVILLE, by and through the undersigned

16  counsel and hereby informs the court that a settlement of the present matter has been

17  reached and is in the process of finalizing settlement, which Plaintiff anticipates will be

18  finalized within the next 40 days.

19      Plaintiff therefore requests that this honorable court vacate all dates currently set on

20  calendar for the present matter.

21                          Respectfully Submitted,

22

23

24

25

- 1 -

1 | DATED: January 20, 2010 KROHN & MOSS, LTD.

By: /s/ Nicholas Bontrager
Nicholas Bontrager
Attorney for Plaintiff