**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SYLVIA CONVILLE<br><br>    Plaintiff,<br><br>  vs.<br><br>ARS NATIONAL SERVICES, INC.,<br>d/b/a Associated Recovery Systems,<br><br>    Defendant. | Case No.: **1:09-cv-02198-OWW-SMS**<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the Dismissal by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

**Dated:　February 23, 2010**　　　　　　　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

1

Order