# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA CONVILLE<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ARS NATIONAL SERVICES, INC.,<br>d/b/a Associated Recovery Systems,<br><br>　　　　Defendant. | Case No.: **1:09-cv-02198-OWW-SMS**<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

        Based upon the Dismissal by all appearing parties and pursuant to Fed. R.

Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

**Dated:   February 23, 2010                   /s/ Oliver W. Wanger            **
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**